Opinion issued February 7, 2008













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00773-CR






AMANDEEP SINGH, Appellant


V.


STATE OF TEXAS, Appellee






On Appeal from the 178th District Court

Harris County, Texas

Trial Court Cause No. 1095587






MEMORANDUM OPINION


 Appellant, Amandeep Singh, appeals from the denial of his pretrial application
for habeas corpus relief.


 The trial court has convicted appellant of the underlying offense, and he is no
longer subject to pretrial confinement. Accordingly, we dismiss the appeal as moot. 
See Martinez v. State, 826 S.W.2d 620 (Tex. Crim. App. 1992); Hubbard v. State, 841
S.W.2d 33 (Tex. App.--Houston [14th Dist.] 1992, no pet.).

PER CURIAM

Do not publish. Tex. R. App. P. 47.2.

Panel consists of Chief Justice Radack and Justices Alcala and Bland.